# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:   Edward Charles Hake, Jr.

                                                       Case No.: 1-18-01101HWV

                                                              Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1:  MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Carrington |
| Court Claim Number: | 3 |
| Last Four of Loan Number: | 2189 |
| Property Address if applicable: | 818 West 2nd St |

### PART 2:  CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $10,255.34 |
| b. | Prepetition arrearages paid by the trustee: | $10,255.34 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $10,255.34 |

### PART 3:  POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4:  A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response.  Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: May 25, 2023

                                                                         Respectfully submitted,

                                                  /s/ Jack N. Zaharopoulos
                                                  Standing Chapter 13 Trustee
                                                  Suite A, 8125 Adams Drive
                                                  Hummelstown, PA  17036
                                                  Phone:  (717) 566-6097
                                                  Fax:  (717) 566-8313
                                                  email:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re:     Edward Charles Hake, Jr.

                                                Case No.: 1-18-01101HWV
                                                Chapter 13

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 25, 2023 I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Paul Murphy-Ahles Esquire
Dethlefs, Pykosh & Murphy
2132 Market St.
Camp Hill PA 17011


**Served by First Class Mail**
Carrington Mortgage Services
1600 South Douglass Rd
Anaheim CA 92806


Edward Charles Hake, Jr.
818 West 2nd St
Lewisberry PA 17339

I certify under penalty of perjury that the foregoing is true and correct.


Date: May 25, 2023                                /s/ Liz Joyce
                                                            Office of the Standing Chapter 13 Trustee
                                                             Jack N. Zaharopoulos
                                                             Suite A, 8125 Adams Dr.
                                                             Hummelstown, PA  17036
                                                             Phone:  (717) 566-6097
                                                             email: info@pamd13trustee.com

# Disbursements for Claim

Case: 18-01101   EDWARD CHARLES HAKE, JR.

**MIDFIRST BANK**
BANKRUPTCY DEPARTMENT
999 NW GRAND BOULEVARD,
OKLAHOMA CITY, OK  73'

Sequence:  24
Modify:
Filed Date:
Hold Code:

Acct No: 818 West Street - PRE-ARREA

ARREARS - 818 WEST STREET

| | | | |
|---|---|---|---|
| Amt Sched: $152,361.00 | Debt: $10,255.34 | Interest Paid: $0.00 | |
| Amt Due: $0.00 | Paid: $10,255.34 | Accrued Int: $0.00 | |
| | | Balance Due: $0.00 | |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **MIDFIRST BANK** | | | | | | | |
| 520-0 | MIDFIRST BANK | | 05/16/2023 | 2025015 | $10.49 | $0.00 | $10.49 | |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 03/15/2023 | 2022608 | $207.41 | $0.00 | $207.41 | 03/21/2023 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 02/15/2023 | 2021595 | $259.27 | $0.00 | $259.27 | 02/22/2023 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 01/18/2023 | 2020595 | $207.42 | $0.00 | $207.42 | 01/24/2023 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 12/13/2022 | 2019625 | $207.41 | $0.00 | $207.41 | 12/19/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 11/16/2022 | 2018648 | $259.27 | $0.00 | $259.27 | 12/06/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 10/18/2022 | 2017588 | $218.80 | $0.00 | $218.80 | 10/24/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 09/13/2022 | 2016575 | $273.48 | $0.00 | $273.48 | 09/19/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 08/17/2022 | 2015494 | $218.80 | $0.00 | $218.80 | 08/23/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 07/13/2022 | 2014465 | $203.62 | $0.00 | $203.62 | 07/19/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 05/17/2022 | 2012433 | $458.16 | $0.00 | $458.16 | 05/23/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 04/12/2022 | 2011385 | $203.62 | $0.00 | $203.62 | 04/19/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 03/16/2022 | 2010361 | $203.62 | $0.00 | $203.62 | 03/22/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 02/16/2022 | 2009396 | $254.53 | $0.00 | $254.53 | 02/23/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 01/19/2022 | 2008387 | $203.63 | $0.00 | $203.63 | 01/25/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 12/15/2021 | 2007370 | $254.53 | $0.00 | $254.53 | 12/22/2021 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 11/16/2021 | 2006342 | $203.62 | $0.00 | $203.62 | 11/23/2021 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 10/14/2021 | 2005297 | $471.71 | $0.00 | $471.71 | 10/19/2021 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 09/14/2021 | 2004302 | $436.67 | $0.00 | $436.67 | 09/21/2021 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 08/18/2021 | 2003241 | $209.66 | $0.00 | $209.66 | 08/24/2021 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 07/14/2021 | 2002215 | $209.65 | $0.00 | $209.65 | 07/20/2021 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 06/16/2021 | 2001239 | $262.06 | $0.00 | $262.06 | 06/22/2021 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 05/18/2021 | 2000215 | $202.95 | $0.00 | $202.95 | 06/07/2021 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 04/15/2021 | 1228851 | $202.96 | $0.00 | $202.96 | 04/20/2021 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 03/17/2021 | 1227824 | $202.95 | $0.00 | $202.95 | 03/23/2021 |
| 520-0 | WELLS FARGO | | 02/17/2021 | 9010203 | $253.69 | $0.00 | $253.69 | 02/17/2021 |
| 520-0 | WELLS FARGO | | 01/19/2021 | 9009901 | $202.96 | $0.00 | $202.96 | 01/20/2021 |
| 520-0 | WELLS FARGO | | 12/10/2020 | 9009373 | $253.69 | $0.00 | $253.69 | 12/10/2020 |
| 520-0 | WELLS FARGO | | 11/03/2020 | 9009070 | $202.96 | $0.00 | $202.96 | 11/03/2020 |
| 520-0 | WELLS FARGO | | 10/15/2020 | 9008819 | $200.72 | $0.00 | $200.72 | 10/15/2020 |
| 520-0 | WELLS FARGO | | 09/17/2020 | 9008512 | $250.91 | $0.00 | $250.91 | 09/17/2020 |
| 520-0 | WELLS FARGO | | 08/12/2020 | 9008187 | $200.73 | $0.00 | $200.73 | 08/12/2020 |
| 520-0 | WELLS FARGO | | 07/07/2020 | 9007870 | $200.72 | $0.00 | $200.72 | 07/07/2020 |
| 520-0 | WELLS FARGO | | 04/14/2020 | 9007108 | $416.18 | $0.00 | $416.18 | 04/14/2020 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | WELLS FARGO | | 03/12/2020 | 9006921 | $260.11 | $0.00 | $260.11 | 03/12/2020 |
| 520-0 | WELLS FARGO | | 02/13/2020 | 9006831 | $208.09 | $0.00 | $208.09 | 02/13/2020 |
| 520-0 | WELLS FARGO | | 01/16/2020 | 9006737 | $260.11 | $0.00 | $260.11 | 01/16/2020 |
| 520-0 | WELLS FARGO | | 12/12/2019 | 9006645 | $208.09 | $0.00 | $208.09 | 12/12/2019 |
| 520-0 | WELLS FARGO | | 11/07/2019 | 9006554 | $208.09 | $0.00 | $208.09 | 11/07/2019 |
| 520-0 | WELLS FARGO | | 09/26/2019 | 9006387 | $479.46 | $0.00 | $479.46 | 09/26/2019 |
| 520-0 | WELLS FARGO | | 08/07/2019 | 9006291 | $207.63 | $0.00 | $207.63 | 08/07/2019 |
| 520-0 | WELLS FARGO | | 07/11/2019 | 9006202 | $194.91 | $0.00 | $194.91 | 07/11/2019 |

Sub-totals: $10,255.34    $0.00    $10,255.34

Grand Total: $10,255.34    $0.00